It is so ordered 9/24/02
S/David D. Dowd, Jr.
U.S. District Judge



# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ELAINE CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. CHEMICAL & PLASTICS,<br>An Alco Industries Inc.,<br><br>        Defendant. | Civil Action No.<br><br>**5:02CV 1854**<br><br>**JUDGE DOWD**<br><br>MAG. JUDGE GALLAS |

## STIPULATION

It is hereby stipulated and agreed by and between the parties that the plaintiff and the defendant, without further pleading, agree to an amicable settlement of the present litigation in accordance with the Settlement Agreement attached hereto as Exhibit A.

The parties further agree that this action shall be and is hereby dismissed, with prejudice, pursuant to Federal Rule 41(a)(1)(ii), with each party bearing its own costs and expenses, including attorney fees, which have been incurred.


Dated: September 12, 2002

| For the Plaintiff: | For the Defendant: |
|---|---|
| *Heather A. Joys / M.J.M.J. (67998)* | *[signature]* |
| HEATHER A. JOYS (1000266) | HOWARD GOTTLIEB |
| Trial Attorney | Assistant General Counsel |
| U.S. Department of Labor | ALCO Industries |
| 881 Federal Office Building | PO Box 937 |
| 1240 E. Ninth Street | Valley Forge, PA 19482 |
| Cleveland, Ohio 44120 | (610) 666-0930 |
| (216) 522-3869 | FAX: (610) 666-0752 |
| FAX: (216) 522-7172 | E-mail: |
| E-mail: joys-heather@dol.gov | |

Of Counsel:

EUGENE SCALIA
Solicitor of Labor

RICHARD FIORE
Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional
 Solicitor

2